UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                          VERIFIED ANSWER
        -against-                          08 CV 6137


$484,880.00 IN UNITED STATES CURRENCY
                        Defendant-in-rem.
------------------------------------------------------------------X

## ANSWER


Custodian of Defendant funds herein (Defendant Jesus Pascual), by his
attorney, Joseph P. Carrozza, as and for his Verified Answer to the Verified
Complaint of the United States of America (The Government), alleges, as
follows:


1. Denies each and allegations in Paragraph "1" of the Complaint

2. Admits the allegations in Paragraph "2", except that portion
   beginning with "because the actions and omissions giving rise to
   forfeiture."

3. Denies knowledge or information to form a belief as to the
   allegation in Paragraph "3."

4. Denies knowledge or information sufficient to form a belief as to
   the allegation in Paragraph "4."

5. Denies all allegations in Paragraph "5."

6. Denies knowledge or information sufficient to form a belief as to
   the allocation in Paragraph "6," except admits he denied the
   presence of narcotics in the vehicle.

7. Denies all allegations in Paragraph "7."

8. Denies knowledge or information sufficient to form a belief as to the allegation in Paragraph "8," except he admits that portion beginning with "the officers found," and ending with, "a rolex watch inside the safe."

9. Repeats and incorporates herein by reference, the allegations contained in Paragraphs "1" through "8" of this Answer.

10. Denies the allegations in Paragraph "10" as they apply to this Complaint.

11. Denies each and every allegation found in Paragraph "11."

12. Denies each and every allegation in Paragraph "12."

 

**Wherefore**, Defendant Jesus Pascual, demands judgment dismissing the Complaint herein returning all funds to him and for such other and further relief as to this Court may seem just and proper.

Dated: Bronx, NY
      August 6, 2008

               Joseph P. Carrozza, Esq.
               Attorney for Defendant
               Jesus Pascual

               Joseph P. Carrozza, Esq (JC 4102)
               2027 Williamsbridge Rd.
               Bronx, NY 10461
               718-829-4500

# VERIFICATION

STATE OF NEW YORK

                SS:

COUNTY OF BRONX

JESUS PASCUAL, being sworn says:  I am the Claimant in

the action herein;  I have read the annexed Answer, know the

contents thereof and the same are true to my knowledge,

except those matters therein which are stated to be alleged on

information and belief, and as to those matters I believe them

to be true.

_____
JESUS PASCUAL

Sworn to before me on _____, 2008

JOSEPH P. CARROZZA
Notary Public, State of New York
No. 03-5631760
Qualified in Bronx County
Commission Expires Feb 28, 2011